ADELAIDE PIZZORUSSO *vs.* TOWN OF EAST HAVEN.

Third Judicial District, New Haven, January Term, 1930.
WHEELER, C. J., MALTBIE, HAINES, HINMAN AND BANKS, Js.

Argued January 29th—decided March 3d, 1930.

*John J. Sullivan,* for the appellant (plaintiff).

*Edward L. Reynolds,* with whom, on the brief, was *George M. Peck,* for the appellee (defendant).

PER CURIAM. The case was tried upon conflicting evidence. The finding of the trial court was reasonably supported by the evidence and cannot be corrected by us. The conclusion reached upon the finding is fairly drawn from the subordinate facts and is final. *Dexter Yarn Co.* v. *American Fabrics Co.,* 102 Conn. 529, 129 Atl. 527.

There is no error.